STATE OF NORTH CAROLINA v. ELMORE LYNCH, JR.

No. 7027SC383

(Filed 15 July 1970)

APPEAL by defendant from *Falls, J.,* March 1970 Session, GASTON Superior Court.

In a bill of indictment proper in form, defendant was charged with feloniously burning a dwelling house on 10 August 1969. He pleaded not guilty, a jury found him guilty of feloniously attempting to burn a dwelling house, and from judgment imposing active prison sentence of ten years, he appealed.

*Attorney General Robert Morgan by Deputy Attorney General Harrison Lewis and Staff Attorney Howard P. Satisky for the State.*

*Robert C. Powell for defendant appellant.*

BRITT, J.

We have carefully considered each of the assignments of error brought forward and discussed in defendant's brief, but finding no merit in either of them, they are all overruled. The defendant had a fair trial free from prejudicial error and the sentence imposed is within the limits prescribed by statute. G.S. 14-67; G.S. 14-2.

No Error.

HEDRICK, J., concurs.

BROCK, J., dissents.